IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01782-WYD-KMT

BETTY JO SMITH, Individually, and as Surviving Spouse of Earl Smith, Deceased;
MICHAEL SMITH, Individually;
KENNETH SMITH, Individually;
KEITH SMITH, Individually; and
STEVEN SMITH, Individually,

    Plaintiffs,

v.

WAL-MART STORES, INC.;
SAM'S WEST, INC.; and
SAM'S REAL ESTATE BUSINESS TRUST,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation for Partial Dismissal with Prejudice. The Stipulation seeks a dismissal of all claims arising from the alleged wrongful death of Earl Smith. Specifically, claims asserted by Michael Smith, individually, Kenneth Smith, individually, Keith Smith, individually, Steven Smith, individually, and Betty Jo Smith, as surviving spouse of Earl Smith, are stipulated to be dismissed with prejudice. The stipulation states that claims asserted by Betty Jo Smith for her own personal injuries should not be dismissed.

After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Partial Dismissal with Prejudice (filed June 20, 2008) is **APPROVED**. Consistent with the Stipulation, it is

ORDERED that dismissal of all claims arising from the alleged wrongful death of Earl Smith, including claims asserted by Michael Smith, individually, Kenneth Smith, individually, Keith Smith, individually, Steven Smith, individually, and Betty Jo Smith, as surviving spouse of Earl Smith, are **DISMISSED WITH PREJUDICE**. The claims asserted by Betty Jo Smith, individually, for her own personal injuries should not be dismissed, and she will be the only remaining Plaintiff. The caption shall hereafter be amended to reflect the dismissal of these parties and claims.

Dated: June 23, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge