IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01782-WYD-KMT

BETTY JO SMITH, Individually,

    Plaintiff,

v.

WAL-MART STORES, INC.;
SAM'S WEST, INC.; and
SAM'S REAL ESTATE BUSINESS TRUST,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    For the reasons stated on the record at the hearing on Friday, October 10, 2008, Defendant's Motion for Bifurcation of Liability and Damages is **DENIED**.

    A four-day jury trial is set to commence **Tuesday, February 17, 2009, at 9:00 a.m.** A Final Trial Preparation Conference and hearing on any pending motions is set for **Wednesday, February 4, 2009, at 4:00 p.m.** Motions in limine shall be filed by **December 19, 2008**. Responses to the motions shall be filed by **January 5, 2009**. No replies shall be filed unless ordered by the Court.

    Dated: October 10, 2008