IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01782-WYD-KMT

BETTY JO SMITH, Individually,

    Plaintiff,

v.

WAL-MART STORES, INC.;
SAM'S WEST, INC.; and
SAM'S REAL ESTATE BUSINESS TRUST,

    Defendants.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Substitute Plaintiff and Dismiss Defendants (filed December 12, 2008) is **STRICKEN**.  Plaintiff was advised by Minute Order dated August 12, 2008, that the caption of her pleadings do not comply with D.C.COLO.LCivR 10.1.J and that all future filings that did not comply with the Rule would be stricken.  Plaintiff is granted leave to refile the motion in compliance with Rule 10.1.J and Appendix E to the Local Rules.

    Dated:  December 16, 2008