IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01782-WYD-KMT

BETTY JO SMITH, Individually,

    Plaintiff,

v.

WAL-MART STORES, INC.;
SAM'S WEST, INC.; and
SAM'S REAL ESTATE BUSINESS TRUST,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Substitute Plaintiff and Dismiss Defendants (filed December 17, 2008). The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Unopposed Motion to Substitute Plaintiff and Dismiss Defendants is **GRANTED**. In accordance therewith, it is

ORDERED that Michael L. Smith is substituted as the proper Plaintiff in this case pursuant to FED. R. CIV. P. 17(c)(1)(A) and (C), as he has been appointed Betty Jo Smith's guardian and conservator. It is

FURTHER ORDERED that Defendants Sam's West, Inc. and Sam's Real Estate Business Trust are **DISMISSED** from the case. Finally, it is

ORDERED that future filings shall reflect these changes to the parties in the caption.

Dated: December 23, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge