IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01782-WYD-KMT

BETTY JO SMITH, through Guardian
and Conservator, MICHAEL L. SMITH,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice of all Claims (filed January 27, 2009). The Stipulation seeks a dismissal of the case with prejudice pursuant to a compromise reached by the parties that resolves all claims. After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice of All Claims is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own attorneys fees and costs. It is

FURTHER ORDERED that the Final Trial Preparation Conference set Wednesday, February 3, 2009, at 2:30 p.m. and the four-day jury trial set to commence Tuesday, February 17, 2009, are **VACATED**.

Dated: January 28, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge